UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYE ZHENXING )<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF )<br>THE PEOPLE'S REPUBLIC )<br>OF CHINA )<br>)<br>Defendant(s). ) | Civil Case No. 08-2228 (RJL) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of January 2010, hereby

**ORDERED** that plaintiff's Complaint is DISMISSED without prejudice, and it is further

**ORDERED** that plaintiff's Motion for Default Judgment [# 3] is DISMISSED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge